

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-17-2005

# Benn v. First Judicial Dist

Precedential or Non-Precedential: Precedential

Docket No. 01-3769

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Benn v. First Judicial Dist" (2005). *2005 Decisions.* Paper 295.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/295

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS  FOR THE THIRD CIRCUIT

———

Nos. 01-3769, 01-4012

———

DONALD BENN,
                    Appellant
                v.

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA;
CITY OF PHILADELPHIA;
BOARD OF PENSIONS AND RETIREMENT MUNICIPAL
PENSION FUND OF THE CITY OF PHILADELPHIA

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 98-cv-05730)
District Judge: Honorable Eduardo C. Robreno

———

Submitted Under Third Circuit LAR 34.1(a)
September 16, 2005

Before:  SLOVITER, BARRY and SMITH, <u>Circuit Judges</u>

(Filed October 12, 2005)

———

<u>ORDER AMENDING OPINION</u>

IT IS ORDERED that the slip opinion in the above case, filed October 12, 2005, be amended as follows:

To insert the word "Judicial" before District on the following lines:

Page 10, line 23

Page 11, line 11

Page 11, line 14

By the Court,


   /s/   Dolores K. Sloviter
         Circuit Judge


Dated: 17 October 2005